# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV 17-1101 CJC (MRW) | Date | September 13, 2018 |
| Title | Christenson v. Madden | | |

Present: The Honorable  Michael R. Wilner

| Veronica Piper | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None present | None present |

**Proceedings:** ORDER TO SHOW CAUSE

1. In July 2018, the Court granted Petitioner's request to extend the time by which he would file an amended petition (or dismiss this action) to July 29. (Docket # 37, 38.) Since then, however, the Court has not received any response or further filing from Petitioner.

2. Petitioner is therefore ORDERED to show cause why the action should not be dismissed for failure to prosecute. Petitioner may discharge this order by submitting (a) his proposed amended petition and (b) a statement (not to exceed five pages) explaining why he has delayed filing his amended petition since March 2018. Petitioner's responsive materials will be due by October 12.

3. <u>Alternatively</u>, Petitioner may voluntarily dismiss this action without further consequence.

4. No further extensions will be considered but for good cause supported by evidence.

**Failure to file a timely submission as directed above will result in a recommendation that this action be dismissed for failure to prosecute and obey Court orders pursuant to Federal Rule of Civil Procedure 41(b).**